UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAFAEL HERNANDEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY, LLC, a Washington company,<br><br>Defendant. | NO. 2:19-cv-01882-RSM<br><br>ORDER ON MOTION TO EXTEND |

This matter is before the Court on Defendant eXp Realty, LLC's Stipulated Motion to Extend Deadline to File Answer to Complaint. Dkt. #9. The Court first notes several procedural errors. Namely, counsel failed to properly appear in this action prior to filing the Motion, counsel captioned the Motion as a "stipulated motion" but did not include the signature of opposing counsel, and counsel did not properly sign the motion or proposed order. LCR 83.2(a); LCR 1(c)(7); Fed. R. Civ. P. 11(a); LCR 10(e)(4); LCR 11; Section III.L of the U.S. District Court for the Western District of Washington's Electronic Filing Procedures for Civil and Criminal Cases. Counsel is expected to be familiar with this Court's rules and procedures which can be found on the Court's website.

ORDER - 1

Despite these procedural mistakes, the Court accepts Defendant's representation that Plaintiff has stipulated to the Motion and having reviewed the record finds good cause for the requested time extension. Accordingly, the Court finds and ORDERS that Defendant eXp Realty, LLC's Stipulated Motion to Extend Deadline to File Answer to Complaint (Dkt. #9) is GRANTED. Defendant eXp Realty, LLC's deadline to file an answer or otherwise respond to the Complaint (Doc. #1) is EXTENDED through and including January 10, 2020.

Dated this 19th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE