UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>EXP REALTY, LLC, a Washington company,<br><br>             Defendant. | NO.     2:19-cv-01882 RSM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN** |

This matter having come before the Court on Plaintiff Rafael Hernandez's and Defendant EXP REALTY, LLC joint stipulation to extend the deadline for the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f), and for good cause showing, therefor,

    **IT IS HEREBY ORDERED** the parties Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is due for submission on February 18, 2020.

    DATED this 14th day of February 2020.

                                        RICARDO S. MARTINEZ
                                        CHIEF UNITED STATES DISTRICT JUDGE