1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT SEATTLE

8
RAFAEL HERNANDEZ, individually and
on behalf of all others similarly situated,

CASE NO. C19-1882 RSM

9
Plaintiff,

ORDER GRANTING STIPULATED
MOTION AND STAYING CASE

10

v.
11

EXP REALTY LLC,
12

Defendants.
13

14        On February 25, 2020, the parties stipulated and agreed that this action should be stayed

15    pending the Supreme Court's anticipated June 2020 resolution of *Am. Ass'n of Political*

16    *Consultants, Inc. v. FCC*. 923 F.3d 159 (4th Cir. 2019), *cert. granted* Jan. 10, 2020 (*Barr v. Am*

17    *Ass'n of Political Consultants Inc.*, No. 19-631). Dkt. #19. Four motions are pending before the

18    Court. Dkts. ##13–16. The parties advise that further briefing may be necessary following the

19    Supreme Court's resolution of the relevant case. Dkt. #19.

20        Accordingly, the Court finds and ORDERS that:

21    1.  The parties' Stipulated Motion for Stay (Dkt. #19) is GRANTED.

22    2.  This matter is STAYED pending the Supreme Court's resolution of *Barr v. Am Ass'n of*

23        *Political Consultants Inc.* No. 19-631. The Court STRIKES all pending deadlines.

24

ORDER – 1

3.  The parties shall promptly notify the Court of any material change in the status of *Barr* by filing a Joint Status Report advising the Court whether this matter should remain stayed. If *Barr* has not been resolved as of July 10, 2020, the parties shall file a Joint Status Report indicating the status of the case and whether this matter should remain stayed. Thereafter, the parties shall file a Joint Status Report updating the Court at least once every six months until *Barr* is resolved.

4.  All pending motions (Dkts. ##13–16) shall be removed from the Court's calendar. Concurrent with the filing of a Joint Status Report, or after the Court lifts the stay, Defendant shall inform the Court as to whether any of these motions should be renoted on the Court's calendar for consideration.

Dated this 26th day of February 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE