UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY LLC,<br><br>Defendants. | CASE NO. C19-1882 RSM<br><br>ORDER GRANTING MOTION TO STAY |

This matter is before the Court on Defendant EXP Realty, LLC's Motion to Stay Proceedings or in the Alternative to Stay Discovery. Dkt. #21. Defendant requests a stay of these proceedings pending a result in *Duguid v. Facebook Inc.*, 923 F.3d 1146 (9th Cir. 2019), *cert. granted* (No. 19-511). Defendant represents that in *Duguid* the United States Supreme Court will consider the definition of an "automatic telephone dialing system" under the TCPA and that the case will have a direct impact on this action. Plaintiff has not responded to Defendant's motion and the Court accepts this as an admission that the motion has merit. *See* LCR 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

ORDER – 1

Accordingly, having considered Defendant's motion and the remainder of the record, the Court hereby finds and ORDERS that:

1. Defendant EXP Realty, LLC's Motion to Stay Proceedings or in the Alternative to Stay Discovery (Dkt. #21) is GRANTED.

2. This matter is STAYED pending the Supreme Court's resolution of *Duguid v. Facebook Inc.*, 923 F.3d 1146 (9th Cir. 2019), *cert. granted* (No. 19-511).

3. The parties shall promptly notify the Court of any material change in the status of *Duguid* by filing a Joint Status Report advising the Court whether this matter should remain stayed. If *Duguid* has not been resolved by the Supreme Court as of January 1, 2021, the parties shall file a Joint Status Report indicating the status of the case and whether this matter should remain stayed. Thereafter, the parties shall file a Joint Status Report updating the Court at least once every six months until *Duguid* is resolved.

Dated this 8th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2