UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAEL HERNANDEZ, | Case No. C19-1882RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| eXp REALTY LLC, a Washington company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States Chief District Judge:

On November 19, 2021, the Court directed the parties to file a joint status report advising the Court of the status of this matter no later than December 6, 2021 (Dkt #25).  No report has been filed.

Accordingly, Plaintiff is now ORDERED TO SHOW CAUSE on or before **Tuesday, December14, 2021,** why this action should not be dismissed for failure to comply with the Court's order and failure to prosecute.  Absent a timely response to this Minute Order, the case WILL BE DISMISSED without prejudice.

///

MINUTE ORDER - 1

DATED this 7th day of December, 2021.

RAVI SUBRAMANIAN

Clerk of Court

By: *s/ Laurie Cuaresma*, Deputy Clerk

MINUTE ORDER - 2