The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXP REALTY LLC,<br><br>Defendant. | CASE NO. 2:19−cv−01882-RSM<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Rafael Hernandez hereby gives notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: December 8, 2021

*s/ Frank Homsher*
Frank Homsher
WSBA No. 26935
510 Bell Street
Edmonds, WA 98020
Telephone: (425) 320-9628
Homsherf7@aol.com

*Attorney for Plaintiff and the putative Classes*

Notice of Dismissal
Case No. 2:19−cv−01882-RSM

Frank Homsher
510 Bell Street
Edmonds, WA  98020
(425) 320-9628

1